IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PASTOR STEPHEN UKO UDOH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLIN MCEVOY | : | NO. 13-7605 |
| THE EXPRESS TIMES | : | |

### ORDER

AND NOW, this 8th day of January, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.